**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **CATHERINE JACKSON** | : | **DOCKET NO. 3:22-cv-03293** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **ALLSTATE VEHICLE &** | | |
| **PROPERTY INSURANCE CO** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Considering the recent enrollment of counsel, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 23] recommending dismissal of this matter for failure to prosecute be **DENIED.**

**THUS DONE AND SIGNED** in Chambers on the 28th day of September, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**